[No. 57514-7-I. Division One. November 13, 2006.]

BRIAN D. HUGHES, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-05779-1, Michael T. Downes, J., entered November 30, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 57521-0-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN A. LEVERETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05813-3, Nicole MacInnes, J., entered December 20, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57581-3-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. D.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-04462-6, Michael S. Spearman, J., entered January 4. 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57915-1-I. Division One. November 13, 2006.]

MARIYA KIT, *Appellant*, v. GROUP HEALTH COOPERATIVE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-17066-2, Linda Lau, J., entered January 13, 2006. *Affirmed* by unpublished per curiam opinion.